# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CEDRIC GREENE,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　)
　　vs.　　　　　　　　　　　　　　 )　　Case No.: 2:15-cv-00887-GMN-NJK
　　　　　　　　　　　　　　　　　　)
ROBBIE CHAPMAN,　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)

　　　　Pending before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Nancy J. Koppe, United States Magistrate Judge.  Plaintiff Cedric Greene ("Plaintiff") filed an Objection. (ECF No. 4).[1]  For the reasons discussed below, the Court will accept and adopt Magistrate Judge Koppe's Report and Recommendation (ECF No. 2) in full.

　　　　A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions of the Report to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).

　　　　In the R&R, Judge Koppe recommended that Plaintiff's case be dismissed without prejudice because the District of Nevada is not a proper venue for Plaintiff's lawsuit and

---

[1] The Court **GRANTS** Plaintiff's Motion to Extend Time (ECF No. 3).

federal subject matter jurisdiction is lacking because the amount in controversy is not in excess of $75,000 and "diversity among the parties also appears lacking." (R&R 2:18–3:11). The Court has reviewed the arguments in Plaintiff's Objection (ECF No. 4). Additionally, the Court has reviewed *de novo* the entirety of the record upon which Judge Koppe's Report relied, and the Report itself. Upon such review, the Court has determined that Judge Koppe's findings are thoroughly supported by the record, and will accept the findings in full.

### IV. CONCLUSION

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 2) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time (ECF No. 3) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED this __21__ day of October, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court