UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CEDRIC GREENE,<br>　　　　　　　Plaintiff(s),<br>vs.<br>ROBBIE CHAPMAN,<br>　　　　　　　Defendant(s). | 2:15-cv-00887-GMN-NJK<br><br>**ORDER** |

On March 25, 2016, Plaintiff filed a request to proceed in this case. Docket No. 11. This case is closed, judgment has been entered, and Plaintiff's appeal was dismissed. Docket Nos. 5, 6, 10. The pending request at Docket No. 11 is therefore **STRICKEN**. It is further **ORDERED** that the Clerk of Court shall accept no further filings in this case.

IT IS SO ORDERED.

Dated: May 6, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge